UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
COREY SCOTT, *et al.*,

        Plaintiffs,

 - against -

BFC PARTNERS, L.P., *et al.*,

        Defendants.
-------------------------------------------------------------------x

**ORDER ADOPTING REPORT AND RECOMMENDATION**
19-CV-3562 (RRM) (RER)

ROSLYNN R. MAUSKOPF, Chief United States District Judge.

      In a report and recommendation dated October 13, 2020, (the "R&R"), Magistrate Judge Ramon E. Reyes, Jr. recommended that the Court approve the settlement agreement in the Fair Labor Standards Act case, finding its terms fair and reasonable in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). (Order of 10/13/2020.) Judge Reyes advised the parties that any objections to the R&R must be filed by October 27, 2020. (*Id.*) To date, neither party has filed an objection to the R&R.

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is

      ORDERED that the R&R is adopted in its entirety, the stipulation of dismissal is so ordered, (Doc. No. 37-1), and the Clerk of Court is respectfully directed to close this case.

                                                        SO ORDERED.

Dated: Brooklyn, New York
       November 3, 2020

                                          *Roslynn R. Mauskopf*

                                          _____
                                          ROSLYNN R. MAUSKOPF
                                          Chief United States District Judge